# EXHIBIT A

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
CLIFFORD S. GREENBERG, Sr. Deputy City Attorney (122612)
YUE-HAN CHOW, Sr. Deputy City Attorney (268266)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIEL PAULINO,<br><br>             Plaintiff,<br><br>v.<br><br>MARCO CRUZ, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GERARDO SILVA,  INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GURBAKSH SOHAL, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-10, INCLUSIVE,<br><br>             Defendants. | Case Number:  16-cv-02642 NC<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT A: Video of Subject Incident**<br><br>Hearing date: June 28, 2017<br>Time:             1:00 p.m.<br>Courtroom:    7<br>Judge:           Hon. Nathanael Cousins<br><br>Trial:             July 24, 2017 |

## MANUAL FILING NOTIFICATION

    Regarding: EXHIBIT A to the Declaration of Clifford S. Greenberg in Support of Defendants' Motion for Partial Summary Judgment.

    Filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy

2

1  shortly  For information on retrieving this filing directly from the court, please see the
2  court's main web site at http:// www.cand.uscourts.gov under Frequently Asked Questions
3  (FAQ).
4       This filing was not efiled for the following reason(s):
5       [__] Voluminous Document (PDF file size larger than the efiling systems allows)
6       [__] Unable to Scan Documents
7       [__] Physical Object (description): _____
8       _____
9       [XX] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
10      [__] Item Under Seal in Criminal Case
11      [__] Conformance with the Judicial Conference Privacy Policy (General Order 53).
12      [__] Other (description): _____
13      _____
14
15
16  Dated:  May 5, 2017                    RICHARD DOYLE, City Attorney
17
18                                         By:   /s/ Clifford S. Greenberg
                                                CLIFFORD S. GREENBERG
19                                              Senior Deputy City Attorney

    Attorneys for Defendants

2

