JAIME A. LEAÑOS (#159471)
LAW OFFICE OF MORALES & LEAÑOS
75 East Santa Clara Street, Suite 250
San Jose, California 95113
Telephone: (408) 294-6800
Facsimile: (408) 294-7102
Email:   jleanoslaw@pacbell.net

Attorneys for Plaintiff
Eliel Paulino

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| ELIEL PAULINO,<br><br>                    Plaintiff,<br><br>   v.<br><br>MARCO CRUZ, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GERARDO SILVA, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GURBAKSH SOHAL, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, AND DOES 1-10, INCLUSIVE,<br><br>                    Defendants. | Case No.:   CV 16-02642 - NC<br><br>**DECLARATION OF JAIME A. LEAÑOS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Plaintiffs' Memorandum of Points and Authorities in Support of Opposition to Defendants' Motions for Summary Judgment *Filed concurrently herewith*] |

////

////

////

# DECLARATION OF JAIME A. LEAÑOS

I, Jaime A. Leaños, hereby declare as follows:

1. I am an attorney licensed to practice law in the United States District Court for the District of Northern District of California. I am the attorney of record for Plaintiff in the instant action. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called.

2. Attached hereto as **"Exhibit A"** is a true and correct copy of the relevant pages of the October 19, 2016, deposition of Officer Gurbaksh Sohal.

3. Attached hereto as **"Exhibit B"** is a true and correct copy of the video of the incident taken from the security camera owned and installed by Juan Ramirez.

4. Attached hereto as **"Exhibit C"** is a true and correct copy of the relevant pages of relevant pages of the October 25, 2016, deposition of Officer Marco Cruz.

5. Attached hereto as **"Exhibit D"** is a true and correct copy of the relevant pages of the November 22, 2016, deposition of Juan Ramirez.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the declaration of Juan Ramirez.

7. Attached hereto as **"Exhibit F"** is a true and correct copy of the declaration of Roger Clark.

DATED: May 19, 2017

By: /s/ Jaime A. Leaños
JAIME A. LEAÑOS
Attorney for Plaintiff
Eliel Paulino