# EXHIBIT "B"

JAIME A. LEAÑOS (#159471)
LAW OFFICE OF MORALES & LEAÑOS
75 East Santa Clara Street, Suite 250
San Jose, California 95113
Telephone:  (408) 294-6800
Facsimile:   (408) 294-7102
Email:       jleanoslaw@pacbell.net

Attorneys for Plaintiff
Eliel Paulino

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| ELIEL PAULINO, | Case No.:   CV  16-02642 - NC |
| Plaintiff, | |
| v. | **MANUAL FILING NOTIFICATION** |
| MARCO CRUZ, INDIVIDUALLY AND AS AN OFFICER OF THE  SAN JOSE POLICE DEPARTMENT, GERARDO SILVA, INDIVIDUALLY AND AS AN OFFICER OF THE  SAN JOSE POLICE DEPARTMENT, GURBAKSH SOHAL, INDIVIDUALLY AND AS AN OFFICER OF THE  SAN JOSE POLICE DEPARTMENT, AND   DOES 1-10, INCLUSIVE, | **EXHIBIT "B":**<br>**VIDEO RECORDING TAKEN**<br>**FROM JUAN RAMIREZ'S**<br>**SECURITY CAMERA** |
| Defendants. | |

////

////

////

<u>**MANUAL FILING NOTIFICATION**</u>

Regarding: EXHIBIT "B" to the DECLARATION OF JAIME A. LEAÑOS

      This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly.

      For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

      This filing was not e-filed for the following reason(s):

1. ☐ Unable to Scan Documents

2. ☑ Physical Object (please describe): CD of Video Recording of the Incident.

3. ☑ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

4. ☐ Item Under Seal in Criminal Case

5. ☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

6. ☐ Other (please describe):


DATED: May 19, 2017

                    By: _/s/ Jaime A. Leaños_
                          JAIME A. LEAÑOS
                          Attorney for Plaintiff
                          Eliel Paulino