# EXHIBIT "D"

UNITED STATES DISTRICT COURT

~~NORTHERN DISTRICT OF CALIFORNIA~~

SAN JOSE FACILITY

ELIEL PAULINO,

      Plaintiff,

    vs.                  No. CV 16-02642-NC

MARCO CRUZ, INDIVIDUALLY AND AS AN
OFFICER OF THE SAN JOSE POLICE
DEPARTMENT, GERARDO SILVA,
INDIVIDUALLY AND AS AN OFFICER OF
THE SAN JOSE POLICE DEPARTMENT,
GURBAKSH SOHAL, INDIVIDUALLY AND
AS AN OFFICER OF THE SAN JOSE
POLICE DEPARTMENT, AND DOES 1 -
10, INCLUSIVE,

      Defendants.

_____/


DEPOSITION OF JUAN RAMIREZ


Date:        Tuesday, November 22, 2016

Time:        10:12 a.m.

Location:    LAW OFFICE OF MORALES & LEANOS

            75 East Santa Clara Street

            Suite 250

            San Jose, CA 95113


Reported by:    TERRY deDIEGO

            Certified Shorthand Reporter

            License No. 8978

Paragon Reporting Services
Certified Shorthand Reporters
210 North Fourth Street, Suite 201
San Jose, CA 95112-5569
(408) 295-8301
(800) 590-9958
Fax: (408) 295-4544
Paragoncsr@aol.com

CERTIFIED COPY

Paragon Reporting Services (408) 295-8301

1    interpreter, would you spell that first part, then.

2              THE INTERPRETER:  C-o-r-b-y.

3              MR. LEANOS:  Okay.

4         Q.  (By Mr. Leanos):  Does that seem to be the

5    correct spelling, Mr. Ramirez?

6         A.  Yes.

7         Q.  Okay.  And what do you do?

8              What is your job?

9         A.  I maintain the swimming pools, clean,

10   commercial houses and apartments.

11        Q.  And how long have you been doing that?

12        A.  Thirteen years.

13        Q.  And what is your current home address?

14        A.  3137 Cadillac, like the car, Apartment Number

15   20, San Jose, California 95117.

16        Q.  And who do you live there with?

17        A.  My wife, my family.

18        Q.  And how long have you lived there

19   approximately?

20        A.  Twenty-three months.

21        Q.  Maybe a little over two years or close to two

22   years?

23        A.  Less, yes.  In December, it will be two years.

24        Q.  Okay.  Did you live in that apartment on

25   August 16th, 2015?

                                                        16

1       A.  Yes.

2       Q.  Okay.  Now, on August 16th, 2015, did you know

3   a person named Eliel Paulino who lives in the same

4   apartment building?

5       A.  Yes.

6       Q.  And were you friends with him?

7       A.  Neighbors.

8       Q.  Do you ever social -- prior to August 16th,

9   2015, did you ever socialize with Eliel Paulino?

10      A.  Just greet him and good morning, good day.

11      Q.  Okay.  Now, are -- do you know Eliel Paulino's

12  father?

13      A.  Yes.

14      Q.  Okay.  Are you friends with him or are you just

15  neighbors?

16      A.  Just neighbors.

17      Q.  And I believe Eliel has other roommates.

18          Are you friends with them or are you just

19  neighbors?

20      A.  Neighbors.

21      Q.  Now, the apartment complex you live in, does it

22  have a name?

23      A.  Yes.

24      Q.  And what is the name?

25      A.  Pries Apartments.

                                                    17

Juan  Ramirez  (November 22, 2016)

1    or a two-bedroom?

2        A.   One.

3        Q.   Okay.  And do you sleep in the bedroom?

4        A.   Yes.

5        Q.   And if you look -- do you have a window in your

6    bedroom?

7        A.   Yes.

8        Q.   Okay.  And if you look out your window from

9    your bedroom, what are you able to see?

10       A.   The complete parking lot.

11       Q.   Okay.  Is this the parking lot located behind

12   your apartment complex?

13       A.   Yes.

14       Q.   Okay.  And when you look out your window, do

15   you have an unobstructed view of the parking lot?

16       A.   Yes.

17       Q.   On August 16th, 2015, at approximately

18   2:00 a.m., did anything unusual occur?

19            MS. CHOW:  Objection.  Vague.

20       Q.   (By Mr. Leanos):  You can answer the question.

21       A.   Yes.  I was sleeping, and a patrol car siren --

22   I heard a patrol car siren sound, and they had the

23   lights on.  And they were pointing in every direction,

24   and they were pointing in my direction -- in my windows'

25   direction.  And -- because they turn around, and the

                                                      19

Paragon Reporting Services (408) 295-8301

1  light was going into my window.

2      Q.  Now, is there a particular noise or -- a

3  particular noise that -- that woke you up?

4      A.  The cars' sirens and the lights.

5      Q.  Okay.  In addition to the -- the police car and

6  the lights, did you see any other vehicles?

7      A.  Before that, no.

8      Q.  Okay.  Did you ever see a truck pull into the

9  parking lot?

10     A.  Looking at the videos, yes.

11     Q.  Okay.  Right now, I just want to ask you about

12 what you personally saw with your own eyes.

13     A.  Okay.

14     Q.  And then later on, I am going to ask you about

15 the video.

16         So to make sure I understand you, the first

17 thing that you saw was the police vehicle?

18     A.  Yes.

19     Q.  Okay.  And where did the police vehicle go?

20         Where did it park?

21     A.  It parked in front of the window of Eliel's

22 apartment.

23     Q.  Okay.  Now, as you were seeing this, were you

24 still in bed?  Were you standing up?

25         How were you positioned?

                                                    20

Juan  Ramirez  (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1        A.   I was on my bed kneeling, looking downstairs.

2        Q.   Okay.  And as you kneel on your bed, are you

3   able to see the parking lot?

4        A.   Completely.

5        Q.   Okay.  And if you can just approximate, do you

6   know how far the police car was from where you were,

7   where you were able to see it?

8        A.   Approximately in feet, about 20 feet.

9        Q.   Okay.  And was that like in front of you and

10  below you?

11       A.   It was in front of me and to a side.

12       Q.   Okay.  Did you have a clear view?

13       A.   Yes.

14       Q.   Okay.  Now, after the police car stopped,

15  did -- what did you observe next?

16       A.   The thing that I saw after that was that Eliel

17  wanted to get out, and the officer told him not to do --

18  not to get out.  And then Eliel was quiet.  And an

19  officer went to check out in front of the parking lot.

20       Q.   Now, in addition to seeing the officers in the

21  police car, were you able to also hear them?

22       A.   I had the window a fourth open.

23       Q.   Okay.  So were you able to hear the police?

24       A.   Yes.

25       Q.   Okay.  And when the person tried to originally

                                                        21

Juan  Ramirez  (November 22, 2016)

1    get out of the vehicle, did you know it was Eliel?

2        A.   Yes.

3        Q.   Okay.  How did you recognize him?

4        A.   Because the way he looks, small with short

5    hair, and nobody else drives his car except him --

6        Q.   Okay.

7        A.   -- from what I have seen.

8        Q.   Okay.  And you recognized his -- his car?

9        A.   Yes.

10       Q.   It is actually a truck or a car?

11       A.   It is an SUV.

12       Q.   Okay.  Now, you said earlier that a police

13   officer told Eliel to stay in the vehicle; correct?

14       A.   Yes.

15       Q.   And do you know if that officer gave that order

16   in Spanish or English?

17       A.   In both languages.

18       Q.   Okay.  Was it the same officer or was it

19   different officers giving the order?

20       A.   The same one.

21       Q.   Okay.  So there was one officer giving Eliel

22   orders, and then he stayed in his car?

23       A.   Yes.  Correct.

24       Q.   Okay.  And you said, I believe, that at this

25   point were there two officers present?

22

Paragon Reporting Services (408) 295-8301

1     A.   Yes.

2     Q.   And one was looking around the parking lot and
3   the other one was watching Eliel?

4     A.   Yes.   One was giving Eliel orders, and the
5   other one was checking out in front.

6     Q.   Okay.   Now, Mr. Ramirez, do you know if -- can
7   you describe the one who was giving the verbal orders to
8   Eliel.

9          Can you physically describe him.

10    A.   It was a slim agent, bald or without hair,
11  height maybe five-nine or six.   And the other officer
12  was from Asian descent, and the height approximately
13  shorter than the other officer, around five-seven.

14    Q.   Do you remember anything about the second
15  officer's hair?

16    A.   Short hair, uh, combed back, black.   And
17  slimmer than the other one.

18    Q.   Okay.   After the officer gave the order to stay
19  in the vehicle, did Eliel stay there?

20    A.   Yes.

21    Q.   Okay.   Now, at some point, did you see Eliel
22  get out of his vehicle?

23    A.   When he -- he was ordered to do so.

24    Q.   Okay.   And was he ordered in Spanish or
25  English?

                                                    23

Juan  Ramirez  (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1        A.   In Spanish.

2        Q.   Okay.   And when the officer gave Eliel the

3   order, did Eliel comply with his request?

4        A.   He went out towards the officers.

5        Q.   Okay.   Were you able to see Eliel as he walked

6   toward the officers?

7        A.   Yes.

8        Q.   Okay.   And is it dark back there or were you

9   able to see -- how was the lighting?

10       A.   There were lights on -- from the patrol car,

11  all of them, and they had lamps in their hands.

12            In the parking lot, there is no light, but

13  there was enough light to see it clearly.

14       Q.   Okay.   When Eliel exited his car and walked

15  towards the police, did he look angry?

16       A.   No.

17       Q.   Did he look agitated?

18       A.   No.   I just saw a person walking towards an

19  officer -- towards some officers.

20       Q.   Okay.   Now, after Eliel walked to the officers,

21  what did you observe next?

22       A.   The officer that spoke Spanish approached him

23  and told him that what he was doing was not okay.   And

24  the other officer told him that he was -- that he had

25  beers, beer cans, and all of it in Spanish.   And he said

                                                        24

Juan  Ramirez  (November 22, 2016)

1    Eliel.  Eliel was quiet, and he just said okay.

2        Q.  Did you hear the officers ask Eliel for his

3    name or identification?

4        A.  Yes.

5        Q.  Okay.  Did Eliel tell them his name and give

6    them an identification, from what you could observe?

7            THE INTERPRETER:  The interpreter needs

8    clarification.

9            THE WITNESS:  Eliel told the officer where he

10   lived, and he showed it -- he pointed at it with his

11   hand.

12           MR. LEANOS:  Okay.

13       Q.  (By Mr. Leanos):  And was Eliel standing close

14   to his apartment at this point?

15       A.  About -- from the window of the apartment, yes,

16   about seven feet.

17       Q.  Okay.  From what you were able to hear, did it

18   appear that Eliel was answering the police officers

19   questions?

20       A.  Yes.

21       Q.  From what you observed when the police and

22   Eliel were having this discussion, was Eliel being

23   cooperative?

24           MS. CHOW:  Objection.  Vague.

25           THE WITNESS:  Yes.

                                                            25

Juan  Ramirez  (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1        MR. LEANOS:  Okay.

2        Q.  (By Mr. Leanos):  So was that a "yes"?

3        A.  Yes.

4        Q.  Now, at some point after the police and Eliel

5    started speaking, did you see the police officers search

6    Eliel?

7        A.  Yes.  Eliel got there, and then the officer

8    told him, get closer and turn around.  Eliel put his

9    hands towards the back.  They took the -- they took his

10   wallet, and during that time Eliel had just -- his hands

11   in the back like I have them (indicating).  And the

12   officer told him, you don't need to have the hands like

13   that.

14       Q.  Did you actually see -- strike that.

15           At any point when you were watching the police

16   with Eliel, did you actually see any officers search

17   Eliel's waist area?

18       A.  Yes, the one that spoke Spanish.

19       Q.  Okay.  And when Eliel was being searched, did

20   Eliel appear to be cooperative?

21           MS. CHOW:  Objection.  Vague.

22           THE WITNESS:  Yes.

23       Q.  (By Mr. Leanos):  Now, after Eliel was searched

24   and he turned over his I.D. to the police, at some point

25   did a third officer arrive?

                                                        26

Juan  Ramirez  (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1      A.   Yes.

2      Q.   Okay.  Can you --

3      A.   Taller than them and more robust.

4      Q.   Okay.  And when that first officer -- when that

5   third officer first arrived, did you see what he did?

6      A.   He went straight to search the back with a

7   lamp.

8      Q.   Okay.  And when you say "lamp," are we talking

9   about a flashlight?

10     A.   Uh-huh.  Yes.

11     Q.   Okay.  Now, from when they first stopped

12  Eliel's vehicle to when the third officer arrived on

13  scene, was Eliel coop- -- based on what you observed,

14  was Eliel cooperating with the police?

15     A.   Yes.

16         MS. CHOW:  Objection.  Vague.  Calls for

17  speculation.

18         THE WITNESS:  Yes.

19         MR. LEANOS:  Okay.

20     Q.   (By Mr. Leanos):  And did you have a clear view

21  from your bedroom of all the -- all these observations,

22  to make all these observations?

23     A.   Yes.

24     Q.   Now, at some point was -- was Eliel moved

25  towards the police car?

                                                      27

Paragon Reporting Services (408) 295-8301

1   before Eliel was moved to the police car and just so you

2   understand, Eliel was talking to the police, he turned

3   over his I.D., and then he was telling the police where

4   he lived.

5           While this was going on, was Eliel's father

6   saying anything?

7       A.   Yes, that he wasn't doing anything wrong.  And

8   the police was answering him that he was doing something

9   wrong and that he was going to go to prison.

10      Q.   Okay.  Now, at that point -- at that point, was

11  the -- Eliel's father saying anything else?

12      A.   Yes, but I -- I wasn't able to hear, because he

13  went towards the inside.

14      Q.   Okay.  Now, you said at some point then Eliel

15  moved to the front of the patrol car, and then I think

16  an Asian officer went with him towards the patrol car?

17      A.   Yes.  When the, um, officer that was speaking

18  in Spanish told him to wait because he was arguing with

19  the father, that he wasn't doing anything wrong, the

20  officer said in Spanish, stay here.  And the Asian

21  officer was to his left.  Just listening.

22      Q.   Okay.  Now, as Eliel was with the Asian officer

23  near the patrol car, what part of the patrol car were

24  they near?

25      A.   Eliel was towards the fender on the right side

                                                        29

1    of the patrol car.

2        Q.  Okay.

3        A.  And the Asian officer was in front of the

4    patrol car on the same side.

5        Q.  Okay.  Now, can you estimate about how far the

6    Asian officer was from Eliel when Eliel was positioned

7    in the front part of the patrol vehicle?

8        A.  A very short distance.  About this length

9    (indicating).

10       Q.  I'm sorry.  About what length?

11       A.  About three feet.  This distance (indicating).

12       Q.  So they were about three feet apart?

13       A.  Like this (indicating), yes, approximately.

14           MR. LEANOS:  Okay.  And may the record reflect

15   that the witness extended his arm towards the

16   interpreter, it appears to be about three feet.

17           Is that fair?

18           MS. CHOW:  Yes.

19           MR. LEANOS:  Okay.

20           THE WITNESS:  Yes, approximately three feet.

21           MR. LEANOS:  Okay.

22       Q.  (By Mr. Leanos):  Now, the Asian officer was

23   near Eliel, did you see where the Spanish-speaking

24   officer was at that point?

25       A.  He was arguing with Eliel's father about the

                                                    30

1          THE WITNESS:  Correct.

2          MR. LEANOS:  Okay.

3      Q.  (By Mr. Leanos):  We are at about 55 minutes.

4          Would this be a good time to take a quick

5   break?

6      A.  Yes.

7          MR. LEANOS:  Okay.  Why don't we go ahead and

8   go off the record.

9          THE VIDEOGRAPHER:  We are going off the record.

10   The time on the screen is 11:09 a.m.

11          (Recess taken.)

12          THE VIDEOGRAPHER:  We are back on the record.

13   The time on the screen is 11:27.

14          MR. LEANOS:  Okay.

15          THE WITNESS:  Okay.

16      Q.  (By Mr. Leanos):  Mr. Ramirez, I want to ask

17   you now about when the Asian officer was standing about

18   three feet away from Eliel near the front of the

19   vehicle, the patrol vehicle.  Okay?

20          Okay.  As Eliel was sitting -- or how was he

21   standing next to the vehicle; do you recall?

22      A.  He had crossed arms.  No.  It was crossed legs

23   and his hands in his pockets.

24      Q.  Okay.  Could you tell if he was leaning up

25   against the vehicle or was he standing?

                                                    33

```
 1          A.  He was leaning towards the vehicle, on the
 2    vehicle.
 3          Q.  Okay.
 4          A.  In a comfortable position.
 5          Q.  Okay.  And up to that point, did it appear like
 6    Eliel was cooperating with the police?
 7               MS. CHOW:  Objection.  Vague.
 8               THE WITNESS:  Yes.
 9               MR. LEANOS:  Okay.
10          Q.  (By Mr. Leanos):  Was Eliel -- did he appear
11    angry?
12          A.  No.
13          Q.  Did he appear agitated?
14          A.  No.
15          Q.  Okay.  Was he complying with the police
16    officers?
17          A.  Yes.
18          Q.  Okay.  Now, at some point as Eliel was standing
19    there leaning on the patrol car, did something unusual
20    occur?
21               MS. CHOW:  Objection.  Vague.
22               THE WITNESS:  Well, Eliel was giving the keys
23    to his father to close the truck.  And the Asian officer
24    told him, be quiet, in English.  He told him, shut up.
25               MR. LEANOS:  Okay.
```

Juan  Ramirez  (November 22, 2016)

1      Q.   (By Mr. Leanos):   Now, you heard the Asian

2  officer say something to Eliel?

3      A.   No.   Just to shut up.

4      Q.   Okay.   That's what I am asking about.

5           So you heard shut up?

6      A.   Yes.

7      Q.   More than one time?

8      A.   Yes.

9      Q.   Okay.   When he -- how many times did you hear

10 shut up?

11     A.   As Eliel was speaking, the officer was telling

12 him to shut up.   And the phrase where he said here are

13 the keys, dad, close the truck, the officer kept on

14 telling him to shut up.

15     Q.   Okay.   Do you know how many times the officer

16 told Eliel to shut up?

17     A.   Probably more than -- probably between three

18 and five.

19     Q.   Okay.   When the officer told Eliel to shut up,

20 did Eliel say anything to the officer?

21     A.   No.

22     Q.   Okay.   And did you actually see Eliel try to

23 give the keys to his father or was he just telling him

24 to lock his truck?

25     A.   He was just telling him to close the truck.

                                                      35

1      Q.   Okay.

2      A.   Because Eliel was only talking to the one that

3   was speaking Spanish.  Because he was the one giving him

4   all the orders.

5      Q.   Okay.

6      A.   Since the beginning.

7      Q.   Okay.  So after the officer -- as the officer

8   was telling Eliel to shut up, what was -- did he do

9   anything else with his body?

10     A.   Not yet.  He was just looking at him with a

11  look like he was reprimanding him.

12     Q.   Who was reprimanding who?

13     A.   The officer to Eliel.

14     Q.   Okay.

15     A.   You could see that on his posture, it -- he

16  changed his posture when he told him to shut up.

17     Q.   Okay.  Who changed his posture?

18     A.   The officer.

19     Q.   Okay.  And what did the officer do next?

20     A.   He grabbed his left hand, and with his right

21  hands the officer grabbed the handcuffs.  But at the

22  same time, Eliel was in a bad position there standing,

23  because his legs were crossed.  He -- the officer wanted

24  to grab his hands and Eliel lost his balance.  And he

25  slid towards the patrol car hitting or breaking the

                                                          36

1    rearview mirror.

2          And the Spanish-speaking officers -- officer

3    was not saying anything.

4          Q.   Okay.  Did the Asian officer who put his hands

5    on Eliel, did he tell Eliel he was going to arrest him?

6          A.   No.

7          Q.   Okay.  And as Eliel lost his balance, what did

8    the Asian officer do?

9          A.   He wanted to put the handcuff on his hand,

10   but -- but since Eliel was about to fall, they sort of

11   struggled while he was falling.  And at that time, the

12   Spanish-speaking officer got there and hit him directly

13   in the stomach.

14         And Eliel bent over and the Asian one pulled

15   him to the ground with the knees on the -- with the

16   knees on the back.

17         Q.   Okay.

18         A.   And the Spanish officer hit him again twice on

19   the -- on the legs.

20         Q.   Okay.  Did he hit him with his hands or did he

21   hit him with something else?

22         A.   With the stick.

23         Q.   Okay.  That's the Spanish-speaking officer?

24         A.   Yes.

25         Q.   So I want to make sure I understand you.

37

1          The Spanish officer -- the Spanish-speaking

2     officer hit Eliel in his stomach with the baton when

3     Eliel was falling into the patrol vehicle, and then

4     after Eliel went to the ground, he struck him twice on

5     the legs?

6          A.   Yes.

7          Q.   Okay.   Now I want to ask you this, at any

8     point -- or did you see how Eliel got knocked to the

9     ground?

10         A.   Yes.

11              MS. CHOW:   Objection.   Assumes facts not in

12     evidence.

13              THE WITNESS:   Yes.

14         Q.   (By Mr. Leanos):   How did Eliel get knocked to

15     the ground?

16         A.   It was when the Spanish-speaking agent hit

17     Eliel in the stomach, and Eliel bent over.   He

18     completely lost the balance, and the Asian officer threw

19     him on the ground and got on top of him while the other

20     one hit him twice.

21         Q.   Okay.   Let me ask you this, before Eliel was

22     thrown to the ground, did it appear that Eliel was

23     trying to fight with the police?

24         A.   He just grabbed his stomach with his hands

25     because of the pain.

                                                              38

Juan   Ramirez   (November 22, 2016)

1    Q.  But prior to being thrown to the ground, did it

2    appear Eliel was trying to fight with the police?

3        A.  No.

4        Q.  Prior to the Asian officer putting his hands on

5    Eliel, did it appear that Eliel was trying to resist

6    arrest?

7            MS. CHOW:  Objection.  Calls for speculation.

8            THE WITNESS:  No.  No.

9        Q.  (By Mr. Leanos):  As you observed Eliel getting

10   thrown to the ground, did you have a clear unobstructed

11   view?

12       A.  It was -- it was darker, but I could still see

13   it.

14       Q.  Okay.  Was it a clear view?

15       A.  Yes.

16           MS. CHOW:  Objection.  Vague.

17           MR. LEANOS:  Okay.

18       Q.  (By Mr. Leanos):  And at any point before Eliel

19   got thrown to the ground, did it appear he was trying to

20   run away from the officers?

21       A.  No.

22           MS. CHOW:  Objection.  Calls for speculation.

23           THE WITNESS:  No.

24       Q.  (By Mr. Leanos):  When Eliel landed on the

25   ground, could you see how he landed?

                                                              39

1        A.   Facedown.

2        Q.   Okay.  Before Eliel was thrown to the ground,

3    did you hear Eliel threaten the officers in any way?

4        A.   No.

5        Q.   Okay.  Once Eliel went to the ground, where was

6    he located?

7             THE INTERPRETER:  The interpreter needs that

8    again.  Once Eliel was on the ground?

9             MR. LEANOS:  Yes.  Let me strike that and

10   rephrase the question.

11       Q.   (By Mr. Leanos):  After Eliel was thrown to the

12   ground, where was he located in relation to the police

13   vehicle?

14       A.   In front of the bumper.

15       Q.   Okay.  And he was facedown?

16       A.   Yes.

17       Q.   Okay.  And what did you observe next?

18       A.   When the Span- -- Hispanic officer hit him, the

19   Asian was on top of him, the third one arrived and put

20   his knee on his back and hit him very hard.

21       Q.   Okay.  Did you see what the third officer was

22   hitting Eliel with?

23       A.   With the baton.

24       Q.   Okay.  When -- did you have a clear view of the

25   officer hitting Eliel with the baton?

                                                              40

1          A.   Yes.

2               MS. CHOW:   Objection.   Vague.

3               MR. LEANOS:   Okay.

4          Q.   (By Mr. Leanos):   Now, you said he was hitting

5     him hard.

6               How come -- what -- what made you to believe

7     that the baton hits were hard?

8          A.   Because you could see it as he was lifting it,

9     clearly (indicating).

10         Q.   Okay.   And the record should reflect the

11    witness raised his right hand and arm above his head and

12    then put it back down on his lap.

13              At the time that -- that you saw that, at the

14    time you observed that, did you see how many times the

15    officer struck Eliel with the baton?

16              MS. CHOW:   Objection.   Objection.   Vague.

17              THE WITNESS:   He hit him approximately 16 to 18

18    times.

19              MR. LEANOS:   Okay.

20         Q.   (By Mr. Leanos):   And that's what you observed?

21         A.   Yes.   But at no time were they talking to

22    Eliel.

23         Q.   Okay.   I will ask you about that.   But we need

24    to -- I wasn't there, so I am trying to understand

25    exactly what you saw.   And understand there is a video,

                                                          41

1    and we will talk about that after.

2          Your testimony is you believe that the officer

3    struck Eliel about 16 to 18 times?

4        A.  Yes.

5        Q.  Okay.  Now, at some point -- at any point when

6    Eliel was being hit with the baton, did it appear that

7    Eliel was fighting with the police?

8        A.  No.

9          MS. CHOW:  Objection.  Vague.

10       Q.  (By Mr. Leanos):  As Eliel was being hit with

11   the baton, how far away were you from the officers at

12   that point?

13       A.  Approximately 16 to eight feet -- 18 feet,

14   because they were more closer, near my window.

15       Q.  Okay.  As the officers were striking Eliel with

16   the baton, could you hear whether or not they were

17   giving him orders?

18       A.  They were saying things, but you -- I couldn't

19   hear them clearly.

20       Q.  Okay.  Were they saying things in Spanish or

21   English?

22       A.  Just in English.

23       Q.  Okay.  And as Eliel was on the ground facedown,

24   did you see where his arms were?

25       A.  He had one arm behind him because the Asian one

                                                        42

Juan  Ramirez  (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1    was behind him.  And where they were hitting him was on

2    the arm, to get it out.

3         Q.  Okay.  Did it look like Eliel was trying to

4    resist arrest as he was lying facedown?

5              MS. CHOW:  Objection.  Vague.

6              THE WITNESS:  No.

7              MR. LEANOS:  Okay.

8         Q.  (By Mr. Leanos):  What was Eliel doing as he

9    was being hit?

10        A.  He was just saying, no problem, no problem.

11        Q.  You could hear Eliel saying "no problem" to the

12   police?

13        A.  He was yelling it.

14        Q.  Okay.  Did it sound like Eliel was in pain?

15        A.  Yes.

16             MS. CHOW:  Objection.  Calls for speculation.

17        Q.  (By Mr. Leanos):  Aside from telling the

18   officers no problem, no problem, did he -- did Eliel say

19   anything else?

20        A.  He was --

21             THE INTERPRETER:  The interpreter needs that

22   again.

23             THE WITNESS:  He was -- he seemed to be

24   complaining about pain saying things like aye --

25        Q.  (By Mr. Leanos):  As he was being hit?

43

Juan  Ramirez  (November 22, 2016)

1          A.   Yes.

2          Q.   Okay.  Was Eliel being hit by the batons as he

3     was saying "no problem"?

4          A.   Yes.

5          Q.   Okay.  Did it appear that Eliel was trying to

6     reach for a weapon that was located in his waist area as

7     he was facedown?

8               MS. CHOW:  Objection.  Calls for speculation.

9               THE WITNESS:  No.

10              MR. LEANOS:  Okay.

11         Q.   (By Mr. Leanos):  Did it appear that Eliel was

12    trying to fight with the police officers as he was

13    facedown on the ground?

14         A.   No.

15         Q.   When you saw -- I believe you said the Asian

16    officer was on Eliel's back; correct?

17         A.   Correct, yes.

18         Q.   And he had Eliel's left arm?

19         A.   Yes.

20         Q.   And the other officer was on Eliel's back?

21         A.   Yes.

22         Q.   And Eliel's arm was under his body, his right

23    arm?

24         A.   Yes.

25         Q.   Could Eliel give his arm, his right arm, to the

                                                            44

Paragon Reporting Services (408) 295-8301

1    police?

2        A.   No.

3            MS. CHOW:  Objection.  Calls for speculation.

4            THE WITNESS:  No.  No, even if he wanted to, he

5    would -- he couldn't, because he had the heavier one on

6    the right arm.

7            MR. LEANOS:  Okay.

8        Q.   (By Mr. Leanos):  So he was lying on top of his

9    arm?

10           MS. CHOW:  Objection.  Misstates prior

11   testimony.

12           THE WITNESS:  On the back.

13           MR. LEANOS:  Okay.

14       Q.   (By Mr. Leanos):  So his left arm -- but his

15   right arm was under his body?

16       A.   Yes.

17       Q.   Okay.  And both officers were on top of Eliel

18   as he was lying facedown?

19       A.   Yes.

20       Q.   Okay.  Could you see where the officer with the

21   baton was hitting Eliel?

22           MS. CHOW:  Objection.  Vague.

23           THE WITNESS:  In the arm.

24           MR. LEANOS:  Okay.

25       Q.   (By Mr. Leanos):  Could you tell if it was the

45

Juan  Ramirez  (November 22, 2016)

1  right arm or the left arm?

2      A.  The right one.

3      Q.  Okay.  Could you hear the baton strikes on

4  Eliel's arm?

5      A.  Yes.

6      Q.  Okay.  Now, Mr. Ramirez, you took a video -- or

7  strike that.

8          Mr. Ramirez, you had a video camera in the back

9  of your apartment; correct?

10     A.  Correct.

11     Q.  Okay.  And the incident that you are testifying

12 today was actually captured on your video camera?

13     A.  Yes.

14     Q.  Okay.

15         MR. LEANOS:  Now, at this time, I think we can

16 go off the record, and I would like to play the video

17 for Mr. Ramirez.  We have two videos, but what I would

18 like to do is just play the short video for now, the one

19 and a half minute video, and lay the foundation, have

20 him observe the video.  Then we will come back to the

21 13-minute video.  So we can go off the record.

22         What I would like during this part is maybe

23 have the cameraman just stay on the video or stay with

24 the deponent.

25         THE VIDEOGRAPHER:  Okay.

                                                        46

Juan  Ramirez  (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1        A.   Yes.

2        Q.   And is that video a fair and accurate depiction

3    of the events that you witnessed on August 15th, 20 --

4    or August 16th, 2015?

5        A.   Yes.

6        Q.   Okay.

7             MR. LEANOS:  Now, what I -- I am going to want

8    to do is show the video again, but I want you to film

9    the video, because I want to ask him a few questions

10   about the video.

11            THE VIDEOGRAPHER:  Same one.

12            MR. LEANOS:  Same one.  Do you want to turn out

13   the lights?

14            THE VIDEOGRAPHER:  Not necessarily.

15            MR. LEANOS:  Do it with the lights.  The minute

16   and a half.

17            THE VIDEOGRAPHER:  Okay.

18       Q.   (By Mr. Leanos):  Mr. Ramirez, I am going to

19   ask you to watch the video.  I am going to pause it and

20   ask you a couple of questions.

21            THE VIDEOGRAPHER:  Actually, for the sake of

22   the --

23            THE WITNESS:  Okay.

24            THE VIDEOGRAPHER:  -- might want to turn the

25   lights out because the reflection on the screen.  That's

                                                        48

Juan  Ramirez  (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1      A.   Yes.

2           MS. CHOW:   Objection.   Calls for speculation.

3      Q.   (By Mr. Leanos):   And he was saying something

4  like aye, or something to that effect?

5      A.   Yes.   Yes.   He was just complaining about pain.

6      Q.   Okay.   Now, while the two officers are

7  taking -- or strike that.

8           As Eliel is on the ground and being hit with

9  the baton, do you recall what the third officer was

10  doing, the guy who was standing with his back to us on

11  the video?

12     A.   He was just hitting him.

13     Q.   Okay.   Finish this up.

14          (Watching video.)

15          MR. LEANOS:   Okay.   Turn it off.   We don't need

16  the video.   We can turn the light back on and some

17  follow-up questions.

18     Q.   (By Mr. Leanos):   Now, Mr. Ramirez, so you took

19  a video of this incident.

20          What did you do with the video?

21     A.   I put it on the Internet.

22     Q.   Okay.   Who actually put it on the Internet?

23     A.   Between my daughter and myself.

24     Q.   Okay.   Do you know why your daughter or you put

25  that on the Internet?

                                                       56

Juan  Ramirez   (November 22, 2016)

Paragon Reporting Services (408) 295-8301

1       A.   Because we are against police brutality.

2       Q.   Okay.  Did it appear that the video that your

3    camera took showed the police officers being brutal

4    towards Mr. Paulino?

5            MS. CHOW:  Objection.  Argumentative.

6            THE WITNESS:  Yes.

7       Q.   (By Mr. Leanos):  At some point after the video

8    was taken, did you give a copy to Mr. Paulino?

9       A.   Yes.

10      Q.   Okay.  Why did you give him a copy of that

11   video?

12      A.   Because it had taken a police brutality in the

13   area where I live, so that he could have proof of what

14   they had done.

15      Q.   What the police had done?

16      A.   Yes.

17      Q.   On the night of the incident after this

18   occurred, were you interviewed by the police?

19      A.   No.

20      Q.   Okay.  Do you know why you weren't interviewed

21   by the police?

22      A.   I don't know.

23      Q.   At any point when Eliel was on the ground and

24   he was being hit with the baton, did the officers ask

25   for his arm?

                                                         57

1      A.   No.

2      Q.   Did you see eventually how the police were able

3   to get Eliel's arm from under his body?

4      A.   I didn't see that much, because the other

5   officer was blocking the scene, obstructing the view.

6      Q.   Now, you have stated that you put the video on

7   YouTube to document the brutality by the police?

8      A.   Yes.

9      Q.   When you were observing the police hitting

10  Mr. Paulino with the batons, how did that make you feel?

11     A.   I felt bad, because the police are there to

12  take care of us, not to be aggressive with us or assault

13  us.

14     Q.   Based on what you observed, did Mr. Paulino do

15  anything that justifies what the police officers did to

16  him?

17          MS. CHOW:   Objection.   Calls for speculation.

18          THE WITNESS:   No.

19     Q.   (By Mr. Leanos):   At any point when Mr. Paulino

20  was on the ground, did you -- did it appear like he was

21  trying to hide his arm from the police?

22     A.   No.

23     Q.   Now, after the incident, were you ever

24  interviewed by the San Jose Police Department?

25     A.   Yes.

58

Juan  Ramirez  (November 22, 2016)