RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
YUE-HAN CHOW, Sr. Deputy City Attorney (268266)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants

JAIME A. LEANOS, SBN 159471
Law Offices of Morales & Leanos
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone Number: (408) 294-6800
Facsimile Number: (408) 294-7102
E-Mail Address: jleanoslaw@pacbell.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIEL PAULINO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARCO CRUZ, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GERARDO SILVA, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GURBAKSH SOHAL, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case Number: 16-cv-02642 NC<br><br>**EXHIBIT LISTS**<br><br>PTC:　　　　July 5, 2017<br>Time:　　　　2:00 p.m.<br>Courtroom:　7, 4th Fl.<br>Judge:　　　Hon. Nathanael Cousins<br><br>Trial Date:　July 24, 2017 |

The parties hereby submit the following list of exhibits they intend to use at the trial in this matter.  Joint exhibits will be numbered from 100 to 199.  Plaintiff's exhibits will be numbered from 200 to 299.  Defendants' exhibits will be numbered from 300 to 399.

**JOINT EXHIBITS**

| Exhibit Number | Description | Bates Range | Sponsoring Witness | Stipulated or Objection | Date Admitted |
|---|---|---|---|---|---|
| 101. | Security Camera Video Recording (13-minute version) |  | Ramirez | Stipulated |  |
| 102. | Security Camera Video Recording (2-minute version) |  | Ramirez | Stipulated |  |
| 103. | Photograph of E. Paulino's injuries | SJ00072 | Paulino, Defendants | Stipulated |  |
| 104. | Photograph of E. Paulino's injuries | SJ00073 | Paulino, Defendants | Stipulated |  |
| 105. | Photograph of E. Paulino's injuries | SJ000075 | Silva, Sohal, E. Paulino | Stipulated |  |
| 106. | Photograph of E. Paulino's injuries | SJ000076 | Silva, Sohal, E. Paulino | Stipulated |  |
| 107. | Photograph of E. Paulino's injuries | SJ000097 | Silva, Sohal, E. Paulino | Stipulated |  |
| 108. | Photograph of E. Paulino's injuries | SJ000098 | Silva, Sohal, E. Paulino | Stipulated |  |
| 109. | Photograph of E. Paulino's injuries | SJ000099 | Silva, Sohal, E. Paulino | Stipulated |  |

## PLAINTIFF'S EXHIBITS

| Exhibit Number | Description | Bates Range | Sponsoring Witness | Stipulated or Objection | Date Admitted |
|---|---|---|---|---|---|
| 201. | E. Paulino's Medical Records | 00110-00128 | | Stipulated | |
| 202. | Photograph of Defendant-Officer Cruz | 00188 | | | |
| 203. | Photograph of Defendant-Officer Silva | 00189 | | | |
| 204. | Photograph of Defendant-Officer Sohal | 000190 | | | |
| 205. | Court Minute Order of Dismissal | 000131 | | Defs. Obj (403) | |

## DEFENDANTS' EXHIBITS

| Exhibit Number | Description | Bates Range | Sponsoring Witness | Stipulated or Objection | Date Admitted |
|---|---|---|---|---|---|
| 301. | SJPD Police Report #SJ 2015-152280153 (not to be admitted – for witnesses' convenience only) | SJ0001-SJ0037 | Cruz, Silva, and Sohal | Stipulated | |
| 302. | Photograph of patrol car with broken side mirror | SJ000063 | Silva, Sohal | Stipulated | |
| 303. | Photograph of front interior of E. Paulino's car (Paulino Dep. Ex. 6) | SJ000064 | Silva, Sohal, E. Paulino | Objection by Plaintiff | |
| 304. | Photograph of back interior of E. Paulino's car (Paulino Dep. Ex. 7) | SJ000065 | Silva, Sohal, E. Paulino | Objection by Plaintiff | |
| 305. | Photograph of Paulino kitchen window (Paulino Dep. Ex. 3) | SJ000068 | Silva, Sohal, E. Paulino | | |
| 306. | Photograph of J. Paulino in kitchen window (Paulino Dep. Ex. 4) | SJ000070 | Silva, Sohal, E. Paulino | Stipulated | |

| Exhibit Number | Description | Bates Range | Sponsoring Witness | Stipulated or Objection | Date Admitted |
|---|---|---|---|---|---|
| 307. | Photograph of E. Paulino's Mexican Consular ID (Not to be admitted) | SJ000109 | E. Paulino, Silva, Sohal | | |
| 308. | Audio Recorded Statement of Eliel Paulino (1) (E. Paulino Dep. Ex. 8)<br><br>(for impeachment purposes) | | Silva, E. Paulino | Subject to transcript being provided | |
| 309. | Transcript of translation of Recorded Statement of Eliel Paulino (1)<br><br>(for impeachment purposes) | | | Subject to transcript being provided | |
| 310. | Audio Recorded Statement of Eliel Paulino (2) (E. Paulino Dep. Ex. 9)<br><br>(for impeachment purposes) | | Silva, E. Paulino | Subject to transcript being provided | |
| 311. | Transcript of translation of Recorded Statement of Eliel Paulino (2)<br><br>(for impeachment purposes) | | | Subject to transcript being provided | |
| 312. | Audio Recorded Statement of Juan Ramirez to Estrabao (Ramirez Dep. Ex. 10)<br><br>(for impeachment purposes) | | Ramirez | Subject to transcript being provided | |
| 313. | Transcript of translation of Recorded Statement of Juan Ramirez to Estrabao<br><br>(for impeachment purposes) | | | Subject to transcript being provided | |

| Exhibit Number | Description | Bates Range | Sponsoring Witness | Stipulated or Objection | Date Admitted |
|---|---|---|---|---|---|
| 314. | Audio Recorded Statement of Juan Ramirez to Sgt. Nieves<br><br>(for impeachment purposes) | | Ramirez | Subject to transcript being provided | |
| 315. | Transcript of translation of Recorded Statement of Juan Ramirez to Sgt. Nieves<br><br>(for impeachment purposes) | | | Subject to transcript being provided | |
| 316. | Audio Recorded Statement of Jose Manuel Laureano (Laureano Dep. Ex. 6) | | Silva, Laureano | Subject to transcript being provided | |
| 317. | Transcript of translation of Recorded Statement of Jose Manuel Laureano<br><br>(for impeachment purposes) | | | Subject to transcript being provided | |
| 318. | Audio Recorded Statement of Jose Luis Paulino (J. Paulino Dep. Ex. 7) | | Silva, J. Paulino | Subject to transcript being provided | |
| 319. | Transcript of translation of Recorded Statement of Jose Luis Paulino<br><br>(for impeachment purposes) | | | Subject to transcript being provided | |

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: June 20, 2017 | RICHARD DOYLE, City Attorney |
| | By: /s/ Yue-Han Chow |
| |     YUE-HAN CHOW |
| |     Sr. Deputy City Attorney |
| | Attorneys for Defendants |
| DATED: June 20, 2017 | LAW OFFICES OF MORALES & LEANOS |
| | By: /s/ Jaime A. Leanos |
| |     JAIME A. LEANOS |
| | Attorney for Plaintiff |

I attest that Plaintiff's counsel has read and approved this document, and given consent to the filing of the same with the Court.

|   |   |
|---|---|
| DATED: June 20, 2017 | RICHARD DOYLE, City Attorney |
| | By: /s/ Yue-Han Chow |
| |     YUE-HAN CHOW |
| |     Sr. Deputy City Attorney |
| | Attorney for Defendants |