1  JAIME A. LEAÑOS (#159471)
   LAW OFFICE OF MORALES & LEAÑOS
2  75 East Santa Clara Street, Suite 250
   San Jose, California  95113
3  Telephone:  (408) 294-6800
   Facsimile:  (408) 294-7102
4  Email:      jleanoslaw@pacbell.net

5  Attorneys for Plaintiff
   Eliel Paulino

6

7              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
8                 SAN JOSE FACILITY

9

10  ELIEL PAULINO,                          Case No.:    CV  16-02642 - NC

11                                          **DECLARATION OF JAIME A.
                     Plaintiff,             LEAÑOS  IN SUPPORT OF
12                                          PLAINTIFF'S OPPOSITION TO
             v.                             DEFENDANTS' MOTIONS IN
13                                          LIMINE**

14  MARCO CRUZ, INDIVIDUALLY

15  AND AS AN OFFICER OF THE  SAN
    JOSE POLICE DEPARTMENT,
16  GERARDO SILVA, INDIVIDUALLY

17  AND AS AN OFFICER OF THE  SAN
    JOSE POLICE DEPARTMENT,
18  GURBAKSH SOHAL,

19  INDIVIDUALLY AND AS AN
    OFFICER OF THE  SAN JOSE
20  POLICE DEPARTMENT, AND

21    DOES 1-10, INCLUSIVE,

22                     Defendants.

23

24

25

26  ////

27  ////

28  ////

DECLARATION OF JAIME A. LEAÑOS  IN          1          CV  16-02642 - NC
SUPPORT OF PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTIONS IN LIMINE

1

## DECLARATION OF JAIME A. LEAÑOS

2   I, Jaime A. Leaños, hereby declare as follows:

3        1.     I am an attorney licensed to practice law in the United States District Court

4   for the District of Northern District of California.  I am the attorney of record for

5   Plaintiff in the instant action.  I make this declaration in support of Plaintiffs' Opposition

6   to Defendants' Motion in Limine.  I have personal knowledge of the matters stated

7   herein and could and would testify competently thereto if called.

8        2.     Attached hereto as **"Exhibit A"** is a true and correct copy of the relevant

9   police reports submitted by Defendant-Officers Cruz, Silva and Sohal on March 16,

10  2015, in case number SJ 2015-150751168.

11       3.     Attached hereto as **"Exhibit B"** is a true and correct copy of  the

12  photographs of Defendant-Officers Cruz, Silva and Sohal on March 16, 2015, in case

13  number SJ 2015-150751168.

14       4.     Attached hereto as **"Exhibit C"** is a true and correct copy of the relevant

15  photographs of  Octavio Perez taken on March 16, 2015, in case number SJ 2015-

16  150751168.

17       5.     Attached hereto as **"Exhibit D"** is a true and correct copy of court minute

18  order for Octavio Perez dismissing case C1507250.

19       6.     Attached hereto as "**Exhibit E**" is a true and correct copy of the impound

20  notice and receipt in the amount of $2,820.00  for Eliel Paulino's vehicle, a 2013, GMC

21  Yukon license plate number 6FAB829.

22

23

24  DATED:  June 28, 2017

25                           By:   _/s/ Jaime A. Leaños_

26                               JAIME A. LEAÑOS

27                               Attorney for Plaintiff

                             Eliel Paulino

28