# EXHIBIT B



000188





000190