# EXHIBIT C



000191



000192