# EXHIBIT D

HALL OF JUSTICE
190 N. REDDING STREET
SAN JOSE, CA 95110

PEOPLE VS. OCTAVIO PEREZ
L.K.A. 2150 MONTEREY HWY 29
SAN JOSE, CA 95112
J. HON. JOHN J. GARIBALDI
REPORTER: RECORDER
DEF. ATTY.: PUBLIC DEFENDER (P)
CHARGES: H&S (11(a))(1)

CASE NO. C1507250
CEN 150017
DATE 10/05/2016 1:20 PM DEPT. 67 $0.00
05/18/1971 CAA8304327 CDC BP
CLERK P. VERNA/R. PADILLA SMP4RS R
HEARING PRETRIAL CONFERENCE
AGENCY SJ-04313-3897 -CRUZTON
CHILD: STATUS 0-BB -1000/505669 TW
D.A. APO
VIOLATION DATE 08/17/2016

**NEXT APPEARANCE**

- ☐ Defendant Present ☐ Not Present ☑ Atty Present _____ AD/PD/IDO/Special App _____ ☐ Sworn
- ☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob/Sent ☑ Interpreter _____
- ☐ PC977 ☐ Filed ☐ On File ☐ Reptr. Adv/Wav ☐ Bail/OR/SORP ☐ Rect Dr Rpt ☐ FAR/ERC ☐ Bail Apply ☐ Balance Exonerated
- ☐ NG ☐ Entered by CRT ☐ NGBRI/Adv ☐ PSet ☐ Prelim ☐ Readiness ☐ S/B MTC ☐ Bail Exonerated ☐ Forfeited Bond # _____
- ☐ Denies Priors/Allegations/Enhancements/Refusal ☐ Further ☐ Jury ☐ CT ☐ Peo/Def Wav Jury ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein
- ☐ TW ☐ TNW ☐ TW/WD ☐ TW Sentence ☐ Ref'd _____ ☐ $_____ Costs Within 30 Days to Court
- ☐ Ref/Appt PD/ADO/IDO ☐ Con Decl ☐ Adm A/F ☐ APO/DADS/Prop 36 ☐ P36 Re-Assm't SORP/OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit
- ☐ _____ Relieved _____ Appt'd ☐ Crim Proc Susp ☐ Rein ☐ Status Hrg ☐ BW Ordered $_____ ☐ Stayed ☐ To Issue
- ☐ Hrg on Motion _____ ☐ Doubt Decl Pursuant PC 1368 ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only
- ☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal ☐ Subm on Report ☐ Found _____ ☐ BW Set Aside ☐ Recalled ☐ Filed ☐ Remain Out ☐ NWF
- ☐ Stip to Comm ☐ Drs. Appointed _____ ☐ Max Term _____ ☐ Committed _____ ☐ Proof of _____
- ☐ Prelim Wav ☐ Certified to General Jurisdiction ☐ MDA/COM Amended to _____
- ☐ Amended to ☐ (M) VC12500(a)/VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed _____ ☐ PROP. 47

**PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP _____
- ☐ Jail/Prison Term of _____ ☐ Add to Cal ☐ Vacate pending date
- ☐ Dismissal/Striking --- N/A ct 1 = TOT _____ ☐ Subm time of Sent ☐ Harvey Stip _____
- ☐ Adv Max Pen/Parole/Prob/Immig/Appeal ☐ Reg HS11590/PC290/PC457.1/PC186.30 ☐ FSF ☐ Fines/Fees ☐ PC29800/29805/30305/666/VC14607.8
- ☐ Wav Right to ☐ Counsel ☐ Court/Jury Trial ☐ Subpoena/Confront/Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea/Absentia filed
- ☐ COP ☐ **GUILTY** ☐ **NOLO CONTENDERE** to charges & admits enhancements/allegations/priors ☐ **PC17** ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
- ☐ Prop 36 Granted/Unamenable/Refused/Term ☐ DEJ Eligibility Filed ☐ DEJ Granted/Rein/Term Fee $_____ ☐ Guilty Plea Rendered
- ☐ ves Referral ☐ APO Full Rpt ☐ CR110 issued **Fines/Fees Pay to:** ☐ DOR ☐ Traffic ☐ Court ☐ Today ☐ Audit # _____
- nt Suspended _____ ☐ **PROBATION DENIED** COUNT _____ $_____ + PA $_____ ☐ Purs HS11350d

**PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period COUNT _____ $_____ + PA $_____ ☐ PC290.3
- ☐ COURT ☐ FORMAL PROBATION GRANTED for _____ Days/Mos/Yrs AIDS/CPP $_____ + PA $_____ SORP _____
- ☐ Report to APO within _____ Days ☐ Terminated ☐ Upon Release DPF $_____ + PA $_____ EMAT $_____
- ☐ Perform _____ Hrs Volunteer Work as directed PO/SAP ☐ in lieu of fine/Jail LAB $_____ + PA $_____
- ☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Re-refer DRF/RF $_____ Add'l RF $_____ Susp'd PC1202.44/45
- ☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 9 mos Enroll within _____ days AEF $_____ Original Fine $_____
- ☐ DL Susp/Restr'd/Rvk'd for _____ ☐ IID Not/Ordered/Rmv'd Term _____ Yrs SECA/COPA $_____ **CTS PC2900.5** $_____
- ☐ No contact with victim or family/co-defts unless appr by APO ☐ PC1202.05 ICMF $_____ **TOTAL DUE** $_____
- ☐ DVPO issued/mod/term'd Exp _____ ☐ Victim Present ICIN $_____ Payments Granted/Modified
- ☐ No Contact ☐ Peaceful Contact ☐ DSA thru APO/DOR/CRT ☐ Filed AR $_____ $_____/Mo beginning _____
- ☐ Not own/possess deadly weapons ☐ Destroy/return weapon _____ SHELTER $_____ FINE STAYED _____
- ☐ Stay away from _____ DV $_____ Committed @ $_____/day ☐ May Pay Out
- ☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol/drugs or where sold ATTY $_____ Consec/Conc to _____
- ☐ Substance Abuse, Psych, Theft, Anger Mgmt, DV, Parenting cnsl/prgm ASF$25/CPF$10 $_____ Fine/Fees ☐ Deemed Satisfied ☐ Commuted
- ☐ PC296 (DNA) ☐ PC1202.1 HIV Test/Education P/INVEST $_____ ☐ P/SUP $_____/Mo ☐ Waived
- **VOP:** ☐ Wav ☐ Arr'd _____ ☐ Admits/Denies Viol ☐ Court Finds VOP/No VOP CJAF $129.75/$259.50 $_____ ☐ Addt'l Fees Waived
- Prob Rein/Mod/Term'd/Revoked/Remains Revoked/Ext to _____ ☐ SECA, ICMF, ICIN, CJAF, PINVEST, PSUP FEES NOT COND. OF PROB
- ☐ Original Terms & Conditions Except as Amended herein ☐ Restit ☐ Gen $_____ to _____
- ☐ Co-terminous with _____ ☐ No Further Penalties/Reviews ☐ As determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly
- Other: _____

**JAIL/PRISON** ☐ See Attachm't Pg ☐ CDCR/Parole collect restit from Def's earnings ☐ Blended Sentence County Jail

| Count | F/M | Violation | Prison Term/Yrs | Enhancement/Priors | Yrs/Styd/Strkn | HRS/DAYS/MOS |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

CTS = _____ ACT + _____ ☐ 4019 ☐ ½ ☐ ⅓ ☐ PC2933.1 _____ Total Total term _____ CDCR/PC 1170h
- ☐ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec _____ All/Except ☐ EMP/PSP/ERP/DRP/Co Parole/NP _____
- ☐ Sent Deemed Srv'd ☐ Rpt to Parole/Prob w/in _____ ☐ Adv/ORD _____ Yrs/Mos Parole/MS/PRCS/Appeal ☐ Consec ☐ Conc to _____
- ☐ Bal CJ Susp ☐ All but _____ Hrs/Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU _____
- ☐ Pre-process _____ AM/PM ☐ **Stay/Surrender/Transport to** _____ @ _____ AM/PM or Sooner
- ☐ REMANDED-BAIL $_____ ☐ REMAIN AS SET ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ JAC PHONE ASSM'T ☐ P36
- ☐ AS COND OF SORP ☐ BAIL INCREASED/REDUCED ☐ TO PRGM AS REC BY JAC DOC TO ARRANGE TRANSPORT UPON AVAIL BED

000193