# EXHIBIT E

# 30 DAY IMPOUND

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**VEHICLE REPORT**
CHP 180 (Rev. 7-13) OPI 061

SCANNED

NOTE: CHP 180 IS FURNISHED TO ALL PEACE OFFICERS BY THE CALIFORNIA HIGHWAY PATROL

NOTICE OF STORED VEHICLE DELIVERED PERSONALLY

| Field | Value |
|---|---|
| REPORTING DEPARTMENT | SJPD |
| LOCATION CODE | NS |
| DATE / TIME OF REPORT | 8/16/15 0316 |
| FILE NO. | 15-228-0183 |
| LOCATION TOWED / STOLEN FROM | 3145 CADILLAC DR |
| ODOMETER READING | — |
| VIN CLEAR IN SVS? | YES |
| LIC. CLEAR IN SVS? | YES |
| DATE / TIME DISPATCH NOTIFIED | 8/16/15 0316 |
| LOG NO. | |
| YEAR | 13 |
| MAKE | GMC |
| MODEL | YUKON |
| BODY TYPE | 4D |
| COLOR | GRY |
| LICENSE NO. | 6FAB829 |
| MONTH / YEAR | 8/2015 |
| STATE | CA |
| VEHICLE IDENTIFICATION NO. | 1GKEC13Z33R199983 |
| ENGINE NO. | — |
| VALUATION BY | OFFICER |
| 4001+ | X |

REGISTERED OWNER: ELIEL PAULINO
3137 CADILLAC DR #16
SAN JOSE 95117

SAME AS R/O: X

☒ IMPOUNDED

TOWING / STORAGE CONCERN: COURTESY TOW 408.245.9716

STORAGE AUTHORITY / REASON: 14602.6 22651(h)

REASON FOR STOP: 651 Lenfest Rd SJ 95133

AIRBAG? NO
DRIVEABLE? YES
VIN SWITCHED? NO

| CONDITION | YES | NO |
|---|---|---|
| WRECKED | | |
| BURNED HULK per 431(c) CVC | | |
| VANDALIZED | | |
| ENG. / TRANS. STRIP | | |
| MISC. PARTS STRIP | | |
| BODY METAL STRIP | | |
| SURGICAL STRIP per 431(b) CVC | | |

| ITEMS | YES | NO |
|---|---|---|
| SEAT (FRONT) | | |
| SEAT (REAR) | | |
| RADIO | | |
| TAPE DECK | | |
| TAPES | | |
| OTHER RADIO | | |
| IGNITION KEY | ✓ | |

| ITEMS | YES | NO |
|---|---|---|
| REGISTRATION | | |
| ALT. / GENERATOR | | |
| BATTERY | | |
| DIFFERENTIAL | | |
| TRANSMISSION | | |
| AUTOMATIC | | |
| MANUAL | | |

| ITEMS | YES | NO |
|---|---|---|
| CAMPER | | |
| VESSEL AS LOAD | | |
| FIREARMS | | |
| OTHER | | |

| TIRES / WHEELS | CONDITION |
|---|---|
| LEFT FRONT | GOOD FLAT |
| RIGHT FRONT | GOOD |
| LEFT REAR | |
| RIGHT REAR | |
| SPARE | |
| HUB CAPS | RL MISSING |
| SPECIAL WHEELS | |

RELEASE VEHICLE TO: ☒ R/O OR AGENT   ☐ AGENCY HOLD   ☐ 22850.3 CVC

GARAGE PRINCIPAL / AGENT STORING VEHICLE (SIGNATURE): ZZ   DATE/TIME 8/16/15 335

NAME OF PERSON / AGENCY AUTHORIZING RELEASE: M. CRUZ 5080
I.D. NO. 4333
DATE 8/16/15

SIGNATURE OF PERSON AUTHORIZING RELEASE: #1022N   9/14/15

CERTIFICATION: I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I AM LEGALLY AUTHORIZED AND ENTITLED TO TAKE POSSESSION OF THE ABOVE DESCRIBED VEHICLE.

SIGNATURE OF PERSON TAKING POSSESSION: X

☐ STOLEN VEHICLE / COMPONENT   ☐ EMBEZZLED VEHICLE   ☐ PLATE(S) REPORT

NAME OF REPORTING PARTY (R/P): 14602.6 CVC
ADDRESS OF R/P: 3217   8/17/15
INITIAL & BADGE #   DATE: 9/14/15

DRIVER LICENSE NO. / STATE
TELEPHONE OF P/O
SJPD
SJPD AUTO DESK

I CERTIFY OR DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

REMARKS — RELEASE DATE
[LIST PROPERTY, TOOLS, VEHICLE DAMAGE, ARRESTS]

DRIVER'S NAME: ELIEL PAULINO
DL: NONE
DOB: 8/23/89

ARRESTED / SECTION? ☒ YES   ☐ NO   23152(b)VC
148(a)(1) PC

CARGO / TYPE? ☐ YES   ☐ NO

---

**CALIFORNIA DRIVER LICENSE**
DL C1023944
EXP 03/10/2019
CLASS C   END NONE
LN SHARIF
FN ROSEMARY DEL-ALTO
1519 BROOKVALE DR APT 4
SAN JOSE, CA 95129
DOB 03/10/1963
RSTR NONE
03101963
SEX F   HAIR BRN   EYES BRN
HGT 5-03   WGT 150 lb

**MÉXICO**
MATRÍCULA CONSULAR - CONSULAR ID CARD
NOMBRES / GIVEN NAMES: ELIEL
APELLIDOS / SURNAMES: PAULINO ANDRES
DIRECCIÓN / ADDRESS: 3137 CADILLAC DR APT 16 SAN JOSE, CA 95117
LUGAR Y FECHA DE NACIMIENTO / PLACE OF BIRTH AND BIRTH DATE: MICH-MEX 23 08 1989
FECHA DE EMISIÓN / DATE OF ISSUE: 26 06 2015
AUTORIDAD / AUTHORITY: CONSULMEX SAN JOSE
FECHA DE EXPIRACIÓN / DATE OF EXPIRY: 26 06 2020
SRE

---

DATE 09/14/2015 MON
DL VIOLATION   $219.00
TOTAL   $219.00
CASH   $300.00
CHANGE   $81.00
************************
CLERK 01   No. 3560
TIME 12:21
000194



*FOR: Jaime ATTORNEY*

**COURTESY TOW SERVICE**
**125 RICHFIELD DR.**
**SAN JOSE CA 95129**
**(408) 248-9716**

| | | | |
|---|---|---|---|
| Invoice # | : 77584 | Date | : 08/16/15 |
| Billed To | : CUSTOMER CALL | | |
| Year | : 2013 | Name | : PAULINO ELIEL |
| Make | : GMC | Address | : 3137 CADILLAC DR #16 |
| Model | : YUKON | City | : SAN JOSE |
| Style | : 4-DR | State | : CA |
| Color | : GREY | ZIP | : 95117 |
| V.I.N | : 1GKEC13Z33R199983 | Home Phone | : 408-247-2499 |
| License | : 6FAB829 | Work Phone | : - - |
| State | : CA | Cash Value | : .00 |
| Odometer | : | Sale/Auction # | : |
| Reason | : IMPOUND | Sale Date | : |
| P.O. # | : | Call # | : |
| Membership # | : | Member Exp. | : |
| Lot Barcode | : | Payout Desc. | : |
| Case# | : | Reason: | : |
| | | Need Release? | : N |
| Driver | : MARK | Release Date | : 09/14/15 13:04 |
| Truck # | : 32 | Release # | : |
| Type of Tow | : STANDARD TOW | Released To | : ROSEMARY SHARIF |
| Requested By | : SAN JOSE POLICE DEPT. | | |
| Location | : CADILLAC & WINCHESTER | Lot/Row/Slot | : *L1 |
| Destination | : *L1 | Time Dispatch | : |
| Time of Call | : | Hook Time | : |
| Arrival Time | : | Cleared Time | : 04:30 |
| Drop Time | : 04:30 | Hourly Rate | : $0.00 |
| Total Hours | : 0.00 | | |

*Police release PAID*

Billed To: CUSTOMER CALL

**Mileage Summary**

| Beginning | Ending | Total Miles | Rate |
|---|---|---|---|
| 0 | 0 | 0 | $ 0.00 |
| 0 | 0 | 0 | $ 0.00 |

**Storage Summary**

| Date In | Date Out | Total Days | Rate |
|---|---|---|---|
| 08/16/15 | 09/14/15 13:03 | 30.0 | $85.00 |

COURTESY TOW SERVICE, INC.
125 RICHFIELD DR
SAN JOSE, CA. 95129
408-248-9716

| | |
|---|---|
| Towing | $200.00 |
| | $0.00 |
| Labor | $0.00 |
| Winching | $0.00 |
| Misc | $0.00 |
| Lien | $70.00 |
| Unloaded | $0.00 |
| Loaded | $0.00 |
| Discount | $0.00 |
| Subtotal | $270.00 |
| | $0.00 |
| | $0.00 |
| Storage | $2,550.00 |
| | $0.00 |
| Payout | $0.00 |
| Tax | $0.00 |
| Total | $2,820.00 |
| Amount Paid | -$2,820.00 |
| Pay Method: CASH | |
| **Balance Due** | **$0.00** |

Signature: _____

000195