UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

# CIVIL TRIAL MINUTES

Date:   July  26, 2017

Case No:   16-cv-02642  NC

Case Name:   Eliel Paulino v. Marco Cruz, et al

Counsel for Plaintiff:   Jaime Leanos
Counsel for Defendants:   Yue-Han Chow, Ardell Johnson

Deputy Clerk:        Lili M. Harrell          Court Reporter: Lee-Anne Shortridge
                                              (Time: 6 hours)

**PROCEEDINGS:**                              **RULINGS:**

   Jury Trial Day Three
   Plaintiff rests
   Further Jury Trial set for July 27, 2017 09:00 AM

**WITNESSES:**  **JUAN RAMIREZ, ROGER CLARK, ELIEL PAULINO**

**EXHIBITS ADMITTED:**  Joint Exhibit #105

*\*\*See attached Trial Log*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No:   16-cv-02642  NC          Case Name:  **Eliel Paulino v. Marco Cruz, et al**

## TRIAL LOG SHEET

| JUDGE<br>Nathanael Cousins | PLAINTIFF'S ATTORNEY:<br>Jaime Leanos | DEFENSE ATTORNEYS:<br>Yue-Han Chow, Ardell Johnson |
|---|---|---|
| **TRIAL DATE:**<br>July 26, 2017 | **REPORTER:**<br>Lee-Anne Shortridge | **CLERK:**<br>Lili M. Harrell |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION OF EXHIBITS AND WITNESSES | BY |
|---|---|---|---|---|---|---|
| | | 9:06am | | | Court convenes with counsel<br>Logistic issues discussed | |
| | | 9:09am | | | Jury present | |
| | | 9:11am | | | Witness **Juan Ramirez** sworn.  Direct by J. Leanos | |
| | | 9:48am | | | Cross-examination by Y. Chow | |
| | 315 | 10:00am | X | | Transcript of translation of Recorded Statement of Juan Ramirez to Sgt. Nieves | |
| | | 10:37am | | | Redirect | |
| | | 10:45am | | | Recess | |
| | | 10:57am | | | Reconvene with Jury present<br>Recross by Y.Chow | |
| | | 11:03am | | | Witness **Roger Clark** sworn. Direct by J. Leanos | |
| | | 12:03pm | | | Jury excused for lunch<br>Court and counsel discuss remaining schedule and closing instructions | |
| | | 12:09pm | | | Lunch | |
| | | 1:11pm | | | Reconvene with Jury present<br>Cross-examination by A. Johnson | |
| | | 1:52pm | | | Redirect | |
| | | 1:55pm | | | Recess | |
| | | 2:06pm | | | Reconvene with counsel<br>Court receives Jury Note | |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
|   |   | 2:11pm |   |   | Jury present<br>Discussion of Jury Note 6 |   |
|   |   | 2:13pm |   |   | Witness **Eliel Paulino** sworn. Direct by J. Leanos |   |
|   |   | 2:55pm |   |   | Cross-examination by A. Johnson |   |
|   | 307 | 2:59pm | X |   | Photograph |   |
|   | 303 | 3:02pm | X |   | Photograph |   |
|   | 304 | 3:02pm | X |   | Photograph |   |
| X | X | 3:24pm | X | X | Joint Stipulated Exhibit 105 - Photograph of Paulino's injury |   |
|   |   | 3:34pm |   |   | Jury excused for break<br>Court and counsel discuss Exhibits 303, 304, 307 |   |
|   |   | 3:44pm |   |   | Court receives Jury Notes |   |
|   |   | 3:46pm |   |   | Jury present<br>Discussion of Jury Note 8 with Witness Paulino |   |
|   |   | 3:49pm |   |   | Recross by A. Johnson |   |
|   | 322 | 3:51pm | X |   | Photograph |   |
|   |   | 3:52pm |   |   | Plaintiff rests<br>Jury excused for the day |   |
|   |   | 3:53pm |   |   | Court and counsel discuss further schedule |   |
|   |   | 3:54pm |   |   | Defendant's Rule 50 motion - argument deferred. |   |
|   |   | 3:59pm |   |   | Court adjourned until July 27, 2017 at 9:00 a.m. |   |