FILED

JUL 31 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIEL PAULINO,<br><br>         Plaintiff,<br><br>   v.<br><br>MARCO CRUZ, et al.,<br><br>         Defendants. | Case No. 16-cv-02642-NC<br><br>**JURY VERDICT FORM** |

**SECTION 1 – Defendant Marco Cruz**

**Question 1**: Did Officer Marco Cruz use excessive force to take Eliel Paulino into custody, in violation of the Fourth Amendment to the U.S. Constitution?

   Answer:    YES  X       NO____

**Question 2**: Did Officer Marco Cruz commit a battery on Eliel Paulino to take him into custody?

   Answer:    YES____       NO  X

*If your answers to Questions 1 and 2 are both NO, skip Questions 3 and 4, and proceed to Section 2. If your answer to Question 1 or 2 is YES, answer Questions 3 and 4, and then continue to Section 2.*

**Question 3**: What amount of damages will compensate Eliel Paulino for the injury or harm that Officer Marco Cruz caused?

    Answer:   $100,000

**Question 4**: Did Officer Marco Cruz act maliciously, oppressively, or with reckless disregard for Eliel Paulino's rights, so that punitive damages must be awarded against Officer Cruz?

    Answer:   YES _X_    NO____

*Proceed to Section 2.*

Case No. 16-cv-02642-NC        2

**SECTION 2 – Defendant Gurbaksh Sohal**

**Question 1**: Did Officer Gurbaksh Sohal use excessive force to take Eliel Paulino into custody, in violation of the Fourth Amendment to the U.S. Constitution?

Answer:     YES  X        NO ____

**Question 2**: Did Officer Gurbaksh Sohal commit a battery on Eliel Paulino to take him into custody?

Answer:     YES  X        NO ____

*If your answers to Questions 1 and 2 are both NO, skip Questions 3 and 4, and proceed to Section 3.  If your answer to Question 1 or 2 is YES, answer Questions 3 and 4, and then continue to Section 3.*

**Question 3**: What amount of damages will compensate Eliel Paulino for the injury or harm that Officer Gurbaksh Sohal caused?

Answer:     $ 150,000

**Question 4**: Did Officer Gurbaksh Sohal act maliciously, oppressively, or with reckless disregard for Eliel Paulino's rights, so that punitive damages must be awarded against Officer Sohal?

Answer:     YES  X        NO ____

*Proceed to Section 3.*

Case No. 16-cv-02642-NC                                3

**SECTION 3 – Defendant Gerardo Silva**

**Question 1**: Did Officer Gerardo Silva use excessive force to take Eliel Paulino into custody, in violation of the Fourth Amendment to the U.S. Constitution?

Answer:   YES  X     NO ____

**Question 2**: Did Officer Gerardo Silva commit a battery on Eliel Paulino to take him into custody?

Answer:   YES  X     NO ____

*If your answers to Questions 1 and 2 are both NO, skip Questions 3 and 4, and have the presiding juror sign and date this form. If your answer to Question 1 or 2 is YES, answer Questions 3 and 4, and then have the presiding juror sign and date this form.*

**Question 3**: What amount of damages will compensate Eliel Paulino for the injury or harm that Officer Gerardo Silva caused?

Answer:   $ 100,000

**Question 4**: Did Officer Gerardo Silva act maliciously, oppressively, or with reckless disregard for Eliel Paulino's rights, so that punitive damages must be awarded against Officer Silva?

Answer:   YES  X     NO ____

Case No. 16-cv-02642-NC                               4

Please have the presiding juror sign and date this form, and inform the Court that you have reached a verdict.

Signed: _____         Date: 7/31/17
Presiding Juror

**IT IS SO ORDERED.**

Dated: July 27, 2017                                         _____
                                                            NATHANAEL M. COUSINS
                                                            United States Magistrate Judge