Dated: _____          _____
                                Presiding Juror

IT IS SO ORDERED.

Dated: July 31, 2017            _____
                                NATHANAEL M. COUSINS
                                United States Magistrate Judge

**FILED**

JUL 3 1 2017

SUSAN Y. SO...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

The parties stipulate that the punitive damages will total $100,000 among the three (3) defendants as follows:

Cruz: $33,333.34
Sohal: $33,333.33
Silva: $33,333.33

7·31·2017       _____
                Counsel for Defendants

7-31-2017       _____ (JAIME A. LEAÑOS)
                PLAINTIFF'S ATTORNEY

Case No. 16-cv-02642-NC          2