FILED

JUL 3 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ELIEL PAULINO,

        Plaintiff,

    v.

MARCO CRUZ, et al.,

        Defendants.

_____/

Case No.  16-cv-02642  NC

JURY NOTES

     Jury Notes Nos. 1 through 25 attached. .

Dated: July 31, 2017

FOR THE COURT,
Susan Soong, Clerk

by: _Lili M Harrell_____
     Lili M. Harrell
     Courtroom Deputy

United States District Court
For the Northern District of California

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

### NOTE FROM THE JURY

Note No. _____

Date _____ 7/25/17 _____

Time _____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Was there a screen/obstruction (bars) on the window that Mr. Paulino's father was speaking at ??

_____
Foreperson of the Jury

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _____2_____

Date____Jul 25_____

Time_____12:14p_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

· 1) What is the standard protocol when there are
officer(s) who do not speak the same language as the
person they're in contact with?

2) Is it standard protocol to apprise an oncoming officer(s)
as to results of pat down that's already taken place?

3) Is it standard protocol to be able to see <u>both</u>
hands at all times?

4) If Paulino's right arm was underneath him, how was
his arm bloodied from ~~his/shirtsleeves down~~?  ^short shirt  was that
bruising from baton from short sleeve shirt lined down?
Silva said "tan line".
Very hard to discern with lighting. Can this be ^tan or bruising
clarified?

Foreperson of the Jury

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  __16-cv-02642 NC__

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. __3__

Date____07/25/17_____

Time____12:15 pm_____

1.  The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

→ FROM WHAT I HAVE LEARNED/UNDER-
STAND: ᴬᴮᴼᵁᵀ POLICE DEPT's & POLICE
ACADEMIES — IN GENERAL —
→ DOES THE EXTENSIVE TRAINNING
& POLICIES/ PROTOCOLQ. HAVE
VISUAL/ ILLUSTRATIVE EXAMPLES
OF BATON INJURIES THAT
ARE ACCEPTABLE/CORRECT & ONES
THAT ARE NOT ACCEPTABLE/
INCORRECT. & HOW MUCH
FORCE IS
EXCESSIVE?

Foreperson of the Jury

→ [E.G: PHOTO EVIDENCE, MOCK PHOTOS/
ILLUSTRATIONS & PHY. EXAMPLES.
→ IS: VIDEO EXAMPLE: TYPICAL?

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

## NOTE FROM THE JURY

Note No. ___4___

Date___7/25/17___

Time___12:17 pm___

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

Is it standard procedure to document injuries present after an arrest?

Did you at anytime between leaving the patrol car and the time during which ~~[struck out]~~ Mr. Paulino was on the ground did you communicate verbally with Officer Silva or Sohar

___Foreperson of the Jury___

If so, what was said.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. ____5____

Date____7/25/17_____

Time____12:15 pm_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:
During the time of the struggle did you instruct Mr. Paulino
to take his right arm out in Spanish?
Did Mr. Paulino say anything during the struggle?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

### NOTE FROM THE JURY

Note No. _____V_____

Date ___7/26_____

Time ___12:pm_____

1.  The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

① Understanding POST / police academy as training and the manuals studied, ~~does~~ what percentage of the time does 'reality' match the manual? Is it reasonable or unreasonable to think all officers under all circumstances would follow the manual to the letter?

② Is the inexperience of the officers who responded (all ~1-2yrs on the force) a critical factor? In other words, is this a rookie mistake? Or should they have known upon grad from the Academy? Would a more experienced / senior officer have handled this differently based on acquired experience? Or is this knowledge to be acquired through training only?

_____
Foreperson of the Jury

③ Also is this case here because of an appeal? Why in federal court?

④ Why is it being timed?

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. 7

Date 7/26

Time 3:35 pm

1.  The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

① As a result of Mr. Paulinos injuries, did that affect his ability to go back to work? How long? Is there permanent damage after the two holes in his elbow?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**


CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _8_

Date___7-26-17_____

Time___3:40_____


1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:     For : Mr. Paulino

Did The police officers give you enough time
between blows to remove your hand from under
your stomach?



_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.__**16-cv-02642 NC**__

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

### NOTE FROM THE JURY

Note No. ____9____

Date____7/27____

Time____9:00a____

1.  The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

(1) Is Elial right or left handed?

(2) If officers witness excessive force, must they report it? If so, in what timeframe?

(3) If officers witness excessive force, what are they required to do while it is happening? Are they obligated to make it stop in the moment?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**

CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _10_

Date_____7/27_____

Time_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

- In Soholis previous testimony, he said he stuck
  Mr. Paulino and then tried to pull out his arm --
  not <u>pry</u> it out. Where was his baton at that time?

- On Cadillac Drive, were there any open spots at
  the curb for him to pull over?

- If all of the parking on the street is taken, is
  Cadillac Dr wide enough for traffic to move both
  ways/2 directions?

_____
Foreperson of the Jury

- If you were so concerned about the situation
  potentially escalating, why didn't you do a
  full pat search?

- Did you shine the light in Paulino's eyes before or
  after he told you he way drunk/had been drinking?

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.  **16-cv-02642 NC**


CASE NAME:  **Eliel Paulino v. Marcos Cruz, et al**

NOTE FROM THE JURY

Note No. __11__

Date __7/27__

Time_____

1.  The Jury has reached a unanimous verdict (  )

or

2.) The Jury has the following question:

1) Is officer Sohal (i Cruz/ Silva) still employed with SJPD? If so, in what capacity?

2) What is the effect of this trial - no matter the outcome - on their employment status? or what they'd be assigned to?

3) Given the circumstances of the neighborhood that have been described (i.e. high crime, gang), why did Sohal/ Silva have Paulino approach <u>them</u> if unclear on weapon status of Paulino - especially after walking out of a darkened carport they'd been warned might contain stashed weapons?
Why not have Paulino put his hands up against Paulino's car?

_____
Foreperson of the Jury

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

## NOTE FROM THE JURY

Note No. _____ 12

Date_____ 4/27_____

Time_____

1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:

Q) Why was Cruz ~~the most suitable~~ chosen to stand by Paulino?

Q) The moderated search took ~45 sec. on video, why didn't you do a trained pocket search?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   **16-cv-02642 NC**


CASE NAME:   **Eliel Paulino v. Marcos Cruz, et al**


### NOTE FROM THE JURY

Note No. _13_

Date_____7/27_____

Time_____


1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

(1) How often do you perform modified pat downs?

(2) Why not conduct the full search given the circumstances you described and all of the red flags?

(3) you mentioned you did not know what the struggle was about or if the officer had been disarmed. wouldn't the officer tell you had he been disarmed, or communicated to you what was happening in order to inform you?


_____
Foreperson of the Jury

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. ___14___

Date___7-27___

Time___3:00p___

Cameron

① If waist & groin are where most weapons hidden, what % in waist vs. groin? 70/30? 50/50? 10/90?

1. The Jury has reached a unanimous verdict ( )

or

②. The Jury has the following question:

Silva!

① If you were in Class 19, & Cruz / Sohal in Class 20 at Police Academy, how come they were not good candidates for versadex?

② Did you / Sohal / Cruz have body cameras on at the time?

③ Have you had drunk people fall down before in a traffic stop? If so how was that typically handled?

④ In "Redman" module, you said officers use a foam baton. In the next training module, do people actually get whacked with a baton (the same way Sohal got OC sprayed?) Who volunteers to get hit? Is it other officers? Do you personally know how an impact of baton feels? If so, does that inform your usage of baton?

Foreperson of the Jury

General

① Silva written report came in after he was aware of video — what about timing of Sohal's / Cruz's written rpt with respect to knowledge of video — before they knew? after?

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

NOTE FROM THE JURY

Note No. _15_

Date_ 7/27/17 _

Time_ 3:08 _

1. The Jury has reached a unanimous verdict (  )

or

2. The Jury has the following question:

For Silva =

① What factors led to the decision to not place Mr. Paulino under arrest / in handcuffs and rather ~~test~~ prioritize readiness for field sobriety test despite multiple threats and a unsecure scene?

② ~~this~~ You mentioned "Auditory Exclusion". ~~Did you~~ ~~no traces~~ as a symptom of elevated stress. Did you consider that Mr. Paulino may have been experiencing this and that affected his ability to comply with officer demands

Mr. Cameron

_____
Foreperson of the Jury

① where did you observe Officer Silva strike Mr. Paulino in the video.

② At what point did you observe Mr. Paulino become a threat before Officer Cruz made contact with him?

③ Is it reasonable to say that the downward control hold by Officer Cruz required upward movement on the part of his Mr. Paulino in order to be able to release hands?

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _16_

Date_____

Time_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

For Silva:
1) ~~How~~ why was the interaction between Cruz & Paulino
   considered a fight when Paulino was pinned to the
   ground?

For Cameron:
1) When discussing materials you reviewed, you indicated
   that you reviewed trial testimony. Was that from this
   trial or another trial?

_____
Foreperson of the Jury

2) How do you know that Paulino was struggling with Cruz?
   (other than trying to retrieve Paulino's right hand)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _17_

Date _7/21/17_

Time _3:08_

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

For officer Silva: When you initially saw the struggle, why not try to help officer Cruz by grabbing Mr. Paulino with your hands first before issuing a baton strike?

For Mr. Cameron: you said it was reasonable for officer Silva to jab the subject with the baton when he saw the other officer struggling with him. Would it have been reasonable for officer Silva to have used his hands to grab the subject and assist officer Cruz in detaining him that way? Why use the baton first?

_____
Foreperson of the Jury

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _18_

Date_____7/27_____

Time_____

1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:

Q) Did you think there was anything significant in the J.R witness testimony?

_____
Foreperson of the Jury

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.    16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. ___19___

Date_____ 7/28_____

Time_____

1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:

(1) You said you could not understand what Mr. Paulino and his father were discussing. Were they speaking loud enough for Officer Silva to hear their conversation?

(2) Mr. Clark said that if you were going to arrest Mr. Paulino, you should have called another officer to stand with you. Why didn't you call another Officer?

(3) Besides your officer training, do you take any other training such <u>as MMA?</u>

Foreperson of the Jury

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

### NOTE FROM THE JURY

Note No. ___20___

Date___7-28-17___

Time___9:20___

1.  The Jury has reached a unanimous verdict (  )

or

2.  The Jury has the following question:

(1.)   a) Were your commands to Mr. Paulino to remove his hand from under his stomach given in English?

                                          or officer Sohal

    b) Do you recall if officer Silva^gave Mr. Paulino commands to remove his hand from under his stomach in Spanish?

(2.)  General Question: Where is this cell phone video we keep hearing about? Was it included in the evidence?

_____
Foreperson of the Jury

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _21_

Date _7/23/17_

Time_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

① Have you ever taken a Spanish course?

② Did you have any forward momentum towards Mr Paulino when attempting to get a hold of his hand?



_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

## NOTE FROM THE JURY

Note No. _22_

Date_7/28_

Time_9:20am_

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

General.

① Can we read each officer's written report?
② Can we read plaintiffs written complaint?

Cruz

① Is it customary when someone gets whacked with a
baton that they recoil in pain?

② Using a fellow officer Luna has been through the
same training and can ___Foreperson of the Jury___ adequately role play),
would you please demonstrate:
    a) a "Standard" arm bar takedown in ideal
                                       scenario?
    b) an arm bar takedown where one struggles?
    c) an arm bar takedown with strong active
                resistance?
③ Is it reasonable to assume Paulino could not follow orders because
                                                    he did not understand English?

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _23_

Date _7/26_

Time_____

1.  The Jury has reached a unanimous verdict ( )

or

2.  The Jury has the following question:

① - Did the other officers tell you Mr. Paulino's father tried to come out the window?

② - Have you ever tried to do an arm bar take down with someone who was drunk? ~~Was it a similar~~ ~~Did you~~ Were you able to successfully take that person down?

③ - Is it possible that Mr. Paulino wasn't pulling away but thought you were giving direction physically for him to move?

Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   Eliel Paulino v. Marco Cruz, et al

NOTE FROM THE JURY

Note No. ___1___ (24)

Date___7/28/17_____

Time___3:06 pm_____

1.  The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

1) Are damages considered taxable income?

2) What fee arrangement does Paulino have with his attorney? Does he forfeit a percentage of damages? If so what percentage?

3) Are damages paid by the individual defendants, the SJPD, or an insurance pool?

_Jessica Goestaver Erickson_
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAGISTRATE JUDGE NATHANAEL COUSINS

Case No.   16-cv-02642 NC

CASE NAME:   **Eliel Paulino v. Marco Cruz, et al**

<u>NOTE FROM THE JURY</u>

Note No. _15_

Date_Jul 31_

Time_10:15a_

1.  The Jury has reached a unanimous verdict ☒.

or

2.  The Jury has the following question:

_Jessica Erickson_
Foreperson of the Jury