UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIEL PAULINO,

        Plaintiff,

    v.

MARCO CRUZ, et al.,

        Defendants.

Case No. 16-cv-02642-NC

**ORDER AFTER VERDICT**

The parties are ordered to retain a copy of all trial exhibits through the termination of any appeal.

The parties are ordered to destroy or return to the clerk's office all copies of jury questionnaires by August 30, 2017.

The schedule for post-trial motions will be in accordance with the Federal Rules of Civil Procedure. The Court encourages the parties to confer on fees and costs before plaintiff files his anticipated motion seeking fees and costs.

**IT IS SO ORDERED.**

Dated: July 31, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge