JAIME A. LEANOS, SBN 159471
Law Offices of Morales & Leanos
75 East Santa Clara Street, Suite 250
San Jose, CA 95113
Telephone Number: (408) 294-6800
Facsimile Number: (408) 294-7102
E-Mail Address:  jleanoslaw@pacbell.net

Attorney for Plaintiff


RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
YUE-HAN CHOW, Sr. Deputy City Attorney (268266)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number:  (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIEL PAULINO,<br><br>                         Plaintiff,<br><br>          v.<br><br>MARCO CRUZ, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GERARDO SILVA,  INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, GURBAKSH SOHAL, INDIVIDUALLY AND AS AN OFFICER OF THE SAN JOSE POLICE DEPARTMENT, and DOES 1-10, INCLUSIVE,<br><br>                         Defendants. | Case Number:  16-cv-02642 NC<br><br>**STIPULATION TO AMEND JUDGMENT; [PROPOSED] ORDER FOR  AMENDED JUDGMENT AND ATTORNEY FEES AND COSTS**<br><br><br>Judgment Entered:  July 31, 2017 |

IT IS STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. Judgment in this case was entered on July 31, 2017, in favor of Plaintiff Eliel Paulino against Defendants Marco Cruz, Gerardo Silva, and Gurbaksh Sohal in the total amount of $450,000.00.  In said judgment, the Court awarded costs and reasonable attorney's fees to Plaintiff.

2. The parties met and conferred with respect to costs and fees, and came to agreement with respect to those amounts.  In that process, the parties also agreed to amend the Judgment, subject to the Court's approval, to vacate the punitive damages finding against the Defendants and have the punitive damage award included within in the compensatory damage award.

3. With respect to the costs and fees the parties stipulate, subject to the Court's approval, that Plaintiff shall recover his costs and attorney fees in the amount of $250,000.00.

4. Accordingly, the parties request an Order instructing the Clerk of the Court to file an Amended Judgment reflecting the punitive damages finding against the Defendants be vacated, that Plaintiff shall recover $450,000.00 in compensatory damage and Plaintiff shall recover costs and attorney fees in the amount of $250,000.00.

DATED:  September 15, 2017                    Respectfully submitted,

                                             RICHARD DOYLE, City Attorney

                                             By:  /s/ Nora Frimann
                                                  NORA FRIMANN
                                                  Assistant City Attorney
                                                  Attorney for Defendants

DATED:  September 15, 2017                    LAW OFFICES OF MORALES & LEANOS

                                             By:  /s/ Jaime A. Leanos
                                                  JAIME A. LEANOS
                                                  Attorney for Plaintiff

I attest that Plaintiff's counsel has read and approved this document, and given consent to the filing of the same with the Court.

DATED:  September 15, 2017                    RICHARD DOYLE, City Attorney

                                                    By:  /s/ Nora Frimann
                                                          NORA FRIMANN
                                                          Assistant City Attorney
                                                          Attorney for Defendants

## ORDER

PURSUANT TO THE STIPULATION, IT IS ORDERED that:

The Judgment, entered on July 31, 2017, in favor of Eliel Paulino, shall be amended to vacate the punitive damage finding against the Defendants.  The Clerk shall file the attached Amended Judgment.

Dated: _____          _____
                                                    HON. NATHANAEL COUSINS
                                                    United States District Court Judge

STIPULATION TO AMEND JUDGMENT; ATTORNEY FEES AND COST AND [PROPOSED] ORDER                    Case No. 16-cv-02642 NC